**Fill in this information to identify your case:**

Debtor 1: **Raj S. Ambay**
First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Lithia Oaks Properties, LLC**
**c/o Rory B. Weiner, Esq.**
**635 W. Lumsden Rd.**
**Brandon, FL 33511**

What is the nature of the claim? **Business Debt**    $ **$294,527.00**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

Contact: _____
Contact phone: _____

**2**
**Sandspur Construction Co., Inc.**
**c/o Michael P. Quinn, Esq.**
**712 S. Oregon Ave.**
**Tampa, FL 33606**

What is the nature of the claim? **Business Debt**    $ **$180,000.00**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

Contact: _____
Contact phone: _____

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Raj S. Ambay**    Case number *(if known)*

### 3
**Florida Blue**
**Dept 1213**
**PO BOX 121213**
**Dallas, TX 75312**

Contact

Contact phone

What is the nature of the claim?    **Business Debt**    $ **$48,063.95**

As of the date you file, the claim is: Check all that apply
- [✓] Contingent
- [ ] Unliquidated
- [✓] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

### 4
**American Express**
**P.O. Box 15131**
**Wilmington, DE 19850-5131**

Contact

Contact phone

What is the nature of the claim?    **Business Debt**    $ **$28,421.00**

As of the date you file, the claim is: Check all that apply
- [✓] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

### 5
**McKesson Medical**
**PO Box 933027**
**Atlanta, GA 31193**

Contact

Contact phone

What is the nature of the claim?    **Business Debt**    $ **$25,555.96**

As of the date you file, the claim is: Check all that apply
- [✓] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

### 6
**AMS National**
**PO Box 919473**
**Orlando, FL 32891**

Contact

Contact phone

What is the nature of the claim?    **Business Debt**    $ **$11,650.00**

As of the date you file, the claim is: Check all that apply
- [✓] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [✓] No
- [ ] Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     Raj S. Ambay                              Case number *(if known)*

---

**7**

**Patient Now**
115 Inverness Dr. East Suite 100
Englewood, CO 80112

Contact

Contact phone

**What is the nature of the claim?**   **Business Debt**    $ **$3,976.80**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)      $ _____
      Value of security:                          - $ _____
      Unsecured claim                             $ _____

---

**8**

**Synchrony Bank**
P.O. Box 965020
Orlando, FL 32896

Contact

Contact phone

**What is the nature of the claim?**            $ **$1,200.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)      $ _____
      Value of security:                          - $ _____
      Unsecured claim                             $ _____

---

**9**

**Praxair**
5151 E Broadway Blvd, Suite 800
Tucson, AZ 85711

Contact

Contact phone

**What is the nature of the claim?**   **Business Debt**    $ **$1,661.15**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)      $ _____
      Value of security:                          - $ _____
      Unsecured claim                             $ _____

---

**10**

**Solution Reach**
1201 Sussex Turnpike
Randolph, NJ 07869

Contact

Contact phone

**What is the nature of the claim?**   **Business Debt**    $ **$1,596.00**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)      $ _____
      Value of security:                          - $ _____
      Unsecured claim                             $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Raj S. Ambay                         Case number *(if known)*

| | | | |
|---|---|---|---|
| **11** | **Hill Ward & Henderson, P.A.**<br>**Attn: Mark M. Wall, Esq.**<br>**101 E. Kennedy Blvd., #3700**<br>**Tampa, FL 33602**<br><br>Contact<br><br>Contact phone | **What is the nature of the claim?**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured)     $ _____<br>       Value of security:     - $ _____<br>       Unsecured claim     $ _____ | $ **$593.00** |
| **12** | **Porsche Financial Services**<br>**One Porsche Dr.**<br>**Atlanta, GA  30354**<br><br>Contact<br><br>Contact phone | **What is the nature of the claim?**  **Lease of vehicle**   $ **Unknown**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured)     $ _____<br>       Value of security:     - $ _____<br>       Unsecured claim     $ _____ | |

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Raj S. Ambay**                                          Case number *(if known)*

## Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  _____
**Raj S. Ambay**
Signature of Debtor 1

Date   7-5-20

X  _____
Signature of Debtor 2

Date   _____

B 104 (Official Form 104)       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy