**Fill in this information to identify your case:**

Debtor 1    **Raj S. Ambay**
First Name                 Middle Name                 Last Name

Debtor 2
(Spouse if, filing)    First Name                 Middle Name                 Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number    **8:20-bk-5283-CED**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B......................................................    $    722,859.00

    1b. Copy line 62, Total personal property, from Schedule A/B...............................................    $    242,634.00

    1c. Copy line 63, Total of all property on Schedule A/B.......................................................    $    965,493.00

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $    1,033,698.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...............................    $    0.00

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...........................    $    914,244.86

    **Your total liabilities**    $    1,947,942.86

**Part 3:    Summarize Your Income and Expenses**

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*................................................    $    28,627.76

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*.....................................................    $    28,275.74

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☑ Yes

7.  **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Raj S. Ambay**                                      Case number *(if known)*   **8:20-bk-5283-CED**

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
     122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raj S. Ambay** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | | |
| Case number | 8:20-bk-5283-CED | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**3625 Little Rd.**
Street address, if available, or other description

**Lutz          FL     33548-0000**
City          State     ZIP Code

**Hillsborough**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tenancy by the entireties property (tax assessed value)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$722,859.00** | **$722,859.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>

**$722,859.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor 1    **Raj S. Ambay**                                    Case number *(if known)*    **8:20-bk-5283-CED**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Tesla** | | | |
| --- | --- | --- | --- | --- | --- |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| | Current value of the entire property? | Current value of the portion you own? |
| --- | --- | --- |
| | $56,950.00 | $56,950.00 |

Make: **Tesla**
Model: **90D**
Year: **2016**
Approximate mileage: _____
Other information:

**Tenancy by the entireties property**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>

**$56,950.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

**Household furnishings (tenancy by the entireties property) - see appraisal**

$7,735.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

**Computers - see appraisal**

$780.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes.  Describe.....

**Sports equipment - see appraisal**

$300.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Raj S. Ambay** | | Case number *(if known)* | **8:20-bk-5283-CED** |
|---|---|---|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☑ Yes.  Describe.....

| Heckler Koch 9mm handgun - see appraisal | $560.00 |
|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes.  Describe.....

| Miscellaneous clothing, shoes and accessories- see appraisal | $200.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes.  Describe.....

| Jewelry- see appraisal | $325.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes.  Describe.....

| Dog  (tenancy by the entireties property) | $0.00 |
|---|---|

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| **$9,900.00** |
|---|

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☑ Yes.................................................................................................

| **Cash** | **$80.00** |
|---|---|

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes........................                              Institution name:

| 17.1.   **Checking #9231** | **USAA  (tenancy by the entireties property)** | **$14,603.00** |
|---|---|---|

Debtor 1    **Raj S. Ambay**                                                    Case number *(if known)*    **8:20-bk-5283-CED**

| | | | |
|---|---|---|---|
| 17.2. | **Checking #6896** | **USAA (tenancy by the entireties property)** | $526.00 |
| 17.3. | **Checking #9266** | **USAA  (tenancy by the entireties property)** | $15.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Silver Rain, L.L.C.** | **50%** | % | Unknown |
| **Transformations Surgery Center, L.L.C.** | **100%** | % | Unknown |
| **Nine Line Medical, Inc.** | **100%** | % | Unknown |
| **Suncoast Breast Restoration, P.L.L.C.** | **55%** | % | Unknown |
| **Ambay Plastic Surgery, P.A.** | **100%** | % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **USAA** | $4,959.00 |
| **IRA** | **Thrift Savings Plan** | $8,953.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Raj S. Ambay**                                         Case number *(if known)*    **8:20-bk-5283-CED**

☐ No
■ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

|  | |
|---|---|
| **529 College Savings Plan** | **$9,148.00** |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes.  Give specific information about them...

| | |
|---|---|
| **Medical license** | **$0.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **2019 Tax Refund (tenancy by the entireties property)** | **Federal** | **Unknown** |
|---|---|---|

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes. Give specific information..

| **Due from Ambay Plastic Surgery, P.A. - amount listed is approximate** | **$135,000.00** |
|---|---|

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **USAA Term Life Insurance Policy** | **Spouse** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor 1 | **Raj S. Ambay** | | Case number *(if known)* | **8:20-bk-5283-CED** |
|---|---|---|---|---|

| | Disability Insurance - Standard Insurance | | $0.00 |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
■ Yes. Describe each claim.........

| Potential claims for misrepresentation and breach of claims against Sandspur Construction Co., Inc. | Unknown |
|---|---|

| Potential claims for misrepresentation and breach of claims against Robert Reid Wedding Architects | Unknown |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................**

| $173,284.00 |
|---|

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
■ Yes. Give specific information.........

| Healthaids:  walker, knee scooter, lift bed, crutches, motorized mobility scooter, carlift for mobility scooter | $2,500.00 |
|---|---|

Debtor 1    **Raj S. Ambay**                                    Case number *(if known)*    **8:20-bk-5283-CED**

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$2,500.00** |

| **Part 8:** | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** ..................................................................................................    | **$722,859.00** |

56.  **Part 2: Total vehicles, line 5**                                    **$56,950.00**

57.  **Part 3: Total personal and household items, line 15**              **$9,900.00**

58.  **Part 4: Total financial assets, line 36**                         **$173,284.00**

59.  **Part 5: Total business-related property, line 45**                  **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**         **$0.00**

61.  **Part 7: Total other property not listed, line 54**            +     **$2,500.00**

62.  **Total personal property.** Add lines 56 through 61...              **$242,634.00**    Copy personal property total ➔    **$242,634.00**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                | **$965,493.00** |

**JOINTLY OWNED INVENTORY**

| | | |
|---|---|---:|
| 1. | Rug | 200.00 |
| 2. | Mattress, 12 years old | 65.00 |
| 3. | Samsung television | 60.00 |
| 4. | Klipsch RSA-500 | 220.00 |
| 5. | Sony STR-ZA810ES | 200.00 |
| 6. | Brother MFC-7860 printer | 35.00 |
| 7. | Subzero two-door refrigerator, 12 years old | 2,400.00 |
| 8. | SS Limited Electric STAR EV | 3,500.00 |
| 9. | LG television on stand, 7 years old | 135.00 |
| 10. | Dresser, two nightstands, headboard, footboard, queen mattress and box springs | 300.00 |
| 11. | Barrell chair | 45.00 |
| 12. | Ornate desk | 100.00 |
| 13. | Dishes, pots, pans, utensils, glasses, small appliances and assorted kitchen ware | 100.00 |
| 14. | Fabric bench | 40.00 |
| 15. | Round white table and two brown chairs | 50.00 |
| 16. | GE refrigerator | 35.00 |
| 17. | Lounge and chair, fabric and leather | 250.00 |

**TOTAL JOINTLY OWNED INVENTORY**          **$7,735.00**

Ambay, Raj, Page 4 of 9

## PERSONAL INVENTORY

| | | |
|---|---|---:|
| 1. | Ski boots, 8 years old, skis, coat, poles | 50.00 |
| 2. | Apple iMac, 6 years old & Apple monitor | 550.00 |
| 3. | MacBook Air Pro, 8 years old | 230.00 |
| 4. | Fuji Royale bicycle | 250.00 |
| 5. | Clothing | 200.00 |
| 6. | HK P30 9mm x 19 | 560.00 |
| **7.** | 22k gold chain and 3 assorted charms | 325.00 |

**TOTAL PERSONAL INVENTORY**                    **$2,165.00**

Jointly Owned 2016 gray Tesla Model S 90D, GTD S62, VIN52716YJSA1E20GF128871, Mileage 52,716Automobile in good condition with 3 active recall and defect notices

                                                        **$56,950.00**

Items of household property belonging solely to your wife include, but are not limited, to the following ; gray sofa set, LG television 77", fireplace, speakers, white and gray bedroom dresser and nightstand, ,Dell, folding table, Gas range, range hood, grill, patio furniture," LG 65 , king bed, two mirrored nightstands,  two recliners, glass stand, blue bench, clothing, and personal effects, and are not included in this report.

Read & Kelley Estate Services LLC
by, Joy Augustine
GPPA, AOA-AM, CEA, ABA

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raj S. Ambay** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:20-bk-5283-CED** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **3625 Little Rd. Lutz, FL 33548 Hillsborough County Tenancy by the entireties property (tax assessed value)** Line from *Schedule A/B*: **1.1** | $722,859.00 | ☑ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(1); Fla. Stat. §§ 222.01 & 222.02** |
| **2016 Tesla 90D Tenancy by the entireties property** Line from *Schedule A/B*: **3.1** | $56,950.00 | ☑ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Household furnishings (tenancy by the entireties property)** Line from *Schedule A/B*: **6.1** | $7,735.00 | ☑ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Computers** Line from *Schedule A/B*: **7.1** | $780.00 | ☑ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Sports equipment** Line from *Schedule A/B*: **9.1** | $300.00 | ☑ | $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1   **Raj S. Ambay**                                                    Case number (if known)   **8:20-bk-5283-CED**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Heckler Koch 9mm handgun**<br>Line from *Schedule A/B*: **10.1** | $560.00 | ☑ $95.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Miscellaneous clothing, shoes and accessories**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $325.00 | ☑ $325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Dog  (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **13.1** | $0.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $80.00 | ☑ $80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Checking #9231: USAA  (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **17.1** | $14,603.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Checking #6896: USAA (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **17.2** | $526.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **Checking #9266: USAA  (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **17.3** | $15.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **IRA: USAA**<br>Line from *Schedule A/B*: **21.1** | $4,959.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.21(2)** |
| **529 College Savings Plan**<br>Line from *Schedule A/B*: **24.1** | $9,148.00 | ☑ $9,009.98<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.21(2)** |
| **Federal: 2019 Tax Refund (tenancy by the entireties property)**<br>Line from *Schedule A/B*: **28.1** | Unknown | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenancy by the entireties** |
| **USAA Term Life Insurance Policy Beneficiary: Spouse**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.14** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Raj S. Ambay**                                    Case number (if known)    **8:20-bk-5283-CED**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Disability Insurance - Standard Insurance**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.14** |
| **Healthaids:  walker, knee scooter, lift bed, crutches, motorized mobility scooter, carlift for mobility scooter**<br>Line from *Schedule A/B*: **53.1** | $2,500.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(2)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raj S. Ambay** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:20-bk-5283-CED** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

| 2.1 | **Alliant Credit Union** | Describe the property that secures the claim: | $55,736.00 | $56,950.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2016 Tesla 90D**
**Tenancy by the entireties property**

**11545 W. Touhy Ave.**
**Chicago, IL 60666**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Security Interest

Date debt was incurred                    Last 4 digits of account number    3061

| Debtor 1 | Raj S. Ambay | | Case number (if known) | 8:20-bk-5283-CED |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | **Land Home Financial** | **Describe the property that secures the claim:** | **$977,962.00** | **$722,859.00** | **$255,103.00** |

Creditor's Name

**3625 Little Rd. Lutz, FL 33548**
**Hillsborough County**
**Tenancy by the entireties property**
**(tax assessed value)**

**1 Corporate Dr., #360**
**Lake Zurich, IL**
**60047-8945**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,033,698.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,033,698.00** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raj S. Ambay** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | 8:20-bk-5283-CED |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| **4.1** | **American Express** | Last 4 digits of account number _____ | $28,421.00 |
| | Nonpriority Creditor's Name | | |
| | **P.O. Box 15131** | When was the debt incurred? _____ | |
| | **Wilmington, DE 19850-5131** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ■ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  **Business Debt** | |

Debtor 1   **Raj S. Ambay**                                          Case number (if known)     **8:20-bk-5283-CED**

---

| 4.2 | **AMS National** | Last 4 digits of account number _____ | **$11,650.00** |

Nonpriority Creditor's Name
**PO Box 919473**
**Orlando, FL 32891**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.3 | **Florida Blue** | Last 4 digits of account number _____ | **$48,063.95** |

Nonpriority Creditor's Name
**Dept 1213**
**PO BOX 121213**
**Dallas, TX 75312**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.4 | **GE HFS, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**9900 Innovation Dr.**
**Milwaukee, WI 53226**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Raj S. Ambay**                                    Case number (if known)    **8:20-bk-5283-CED**

---

| 4.5 | **Hill Ward & Henderson, P.A.** | Last 4 digits of account number _____ | $593.00 |

Nonpriority Creditor's Name
**Attn: Mark M. Wall, Esq.**
**101 E. Kennedy Blvd., #3700**
**Tampa, FL 33602**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 | **Lithia Oaks Properties, LLC** | Last 4 digits of account number _____ | $294,527.00 |

Nonpriority Creditor's Name
**c/o Rory B. Weiner, Esq.**
**635 W. Lumsden Rd.**
**Brandon, FL 33511**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.7 | **McKesson Medical** | Last 4 digits of account number _____ | $25,555.96 |

Nonpriority Creditor's Name
**PO Box 933027**
**Atlanta, GA 31193**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1    **Raj S. Ambay**                                         Case number (if known)    **8:20-bk-5283-CED**

---

**4.8** | **Patient Now** | Last 4 digits of account number | | **$3,976.80**

Nonpriority Creditor's Name

**115 Inverness Dr. East Suite 100**
**Englewood, CO 80112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

**4.9** | **Porsche Financial Services** | Last 4 digits of account number    **3859** | | **Unknown**

Nonpriority Creditor's Name

**One Porsche Dr.**
**Atlanta, GA 30354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Lease of vehicle**

---

**4.10** | **Praxair** | Last 4 digits of account number | | **$1,661.15**

Nonpriority Creditor's Name

**5151 E Broadway Blvd, Suite 800**
**Tucson, AZ 85711**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

Debtor 1  **Raj S. Ambay**                                    Case number (if known)  **8:20-bk-5283-CED**

---

| 4.1 1 | **Sandspur Construction Co., Inc.** | Last 4 digits of account number | | **$180,000.00** |

Nonpriority Creditor's Name
**c/o Michael P. Quinn, Esq.**
**712 S. Oregon Ave.**
**Tampa, FL 33606**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.1 2 | **Solution Reach** | Last 4 digits of account number | | **$1,596.00** |

Nonpriority Creditor's Name
**1201 Sussex Turnpike**
**Randolph, NJ 07869**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.1 3 | **Synchrony Bank** | Last 4 digits of account number  **9985** | | **$1,200.00** |

Nonpriority Creditor's Name
**P.O. Box 965020**
**Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| Debtor 1 | **Raj S. Ambay** | | Case number (if known) | **8:20-bk-5283-CED** |
|---|---|---|---|---|

| 4.1 4 | **Tushar Ambegaoker** | Last 4 digits of account number | **$317,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**16872 Bold Venture Dr.**
**Leesburg, VA 20176**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ **0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ **0.00** |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **914,244.86** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **914,244.86** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raj S. Ambay** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:20-bk-5283-CED** |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Porsche Financial Services** | **Lease of 2018 Porsche Cayenne** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raj S. Ambay** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | | |
| Case number | **8:20-bk-5283-CED** | | |
| (if known) | | | |

☐ Check if this is an
  amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                   12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1    **Ambay Plastic Surgery, P.A.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**American Express** |
| 3.2    **Ambay Plastic Surgery, P.A.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**Lithia Oaks Properties, LLC** |
| 3.3    **Ambay Plastic Surgery, P.A.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**McKesson Medical** |

Debtor 1  __Raj S. Ambay__

Case number *(if known)*  __8:20-bk-5283-CED__

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.4  **Ambay Plastic Surgery, P.A.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.3__
☐ Schedule G _____
**Florida Blue**

3.5  **Ambay Plastic Surgery, P.A.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Solution Reach**

3.6  **Ambay Plastic Surgery, P.A.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**Patient Now**

3.7  **Ambay Plastic Surgery, P.A.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**Praxair**

3.8  **Ambay Plastic Surgery, P.A.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**AMS National**

3.9  **Ambay Plastic Surgery, P.A.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Sandspur Construction Co., Inc.**

3.10  **Transformations Surgery Center, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**GE HFS, LLC**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Raj S. Ambay** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (If known) | **8:20-bk-5283-CED** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Occupation | **Plastic Surgeon** | **Dermatologist** |
| | Employer's name | **Ambay Plastic Surgery** | **360 Dermatology** |
| | Employer's address | **2441 Oak Myrtle Lane, #102 Wesley Chapel, FL 33544** | **2441 Oak Myrtle Lane, #102 Wesley Chapel, FL 33544** |
| | How long employed there? | **7 years** | **7 years** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $  **10,647.76** | $  **15,000.00** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$  **0.00** | +$  **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $  **10,647.76** | $  **15,000.00** |

Debtor 1    **Raj S. Ambay**                                    Case number (*if known*)    **8:20-bk-5283-CED**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 10,647.76 | $ 15,000.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 10,647.76    $ 15,000.00

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **VA Disability** | 8f. | $ 2,980.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 2,980.00    $ 0.00

**10. Calculate monthly income.** Add line 7 + line 9.    10.    $ 13,627.76 + $ 15,000.00 = $ 28,627.76
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:    11. +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 28,627.76

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **Due to COVID-19 and not taking a salary for 45 days. Also financial downturn in post-COVID-19 recovery.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Raj S. Ambay** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (If known) | **8:20-bk-5283-CED** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No
    Do not list Debtor 1 and Debtor 2.
    Do not state the dependents names.

    ■ Yes. Fill out this information for each dependent..............

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Daughter** | **13** | ☐ No ■ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 5,763.74 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 1,000.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1    __Raj S. Ambay__                                    Case number (if known)    __8:20-bk-5283-CED__

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 450.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 80.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 274.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 5,400.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | 10. | $ | 200.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 3,410.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 130.00 |
| | 15b. Health insurance | 15b. | $ | 220.00 |
| | 15c. Vehicle insurance | 15c. | $ | 260.00 |
| | 15d. Other insurance. Specify:  **Disability** | 15d. | $ | 152.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 1,563.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 1,373.00 |
| | 17c. Other. Specify:  **Wife's Credit Cards** | 17c. | $ | 6,000.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

22. **Calculate your monthly expenses**

    22a. Add lines 4 through 21.          $    **28,275.74**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     $

    22c. Add line 22a and 22b.  The result is your monthly expenses.     $    **28,275.74**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from Schedule I.     23a. $    **28,627.76**

    23b. Copy your monthly expenses from line 22c above.     23b. -$    **28,275.74**

    23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*     23c. $    **352.02**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.      Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raj S. Ambay** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:20-bk-5283-CED** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  X _____
     **Raj S. Ambay**                                Signature of Debtor 2
     Signature of Debtor 1

     Date    7/21/2020                     Date _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raj S. Ambay** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:20-bk-5283-CED** |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☑ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **706 Berrocales de Avila Tampa, FL 33613** | From-To: **March 31, 2012 - December 18, 2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **15662 Hawks Crest Loop Odessa, FL 33556** | From-To: **December 19, 2018 - August 23, 2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| Debtor 1 | Debtor 2 |
|---|---|
| | |

Debtor 1    **Raj S. Ambay**    Case number *(if known)*    **8:20-bk-5283-CED**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $177,824.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $192,444.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $441,931.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | 401(k) Distribution | $272,899.00 | | |
| | IRA Distribution | $80,000.00 | | |
| **For the calendar year:**<br>(January 1 to December 31, 2017 ) | IRA Distribution | $82,953.00 | | |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No.    Go to line 7.
   ■ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Raj S. Ambay**        Case number *(if known)* **8:20-bk-5283-CED**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **See attachment** | | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Sandspur Construction Company, Inc. v Raj S. Ambay**<br>**Case No. 2018-CA-248** | | **Hillsborough County Circuit Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lithia Oaks Properties, LLC v Raj S. Ambay**<br>**Case No. 2018-CA-10140** | | **Hillsbrough County Circuit Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

```
     OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
03/17        29.00 NSF FEE-ITEM RETURNED
                   ACH - ALLIANT CU      DEP-PYMT
03/17       213.49 ACH DEBIT                031720
                   USAA.COM PAY INT LIFE      ***********0157
03/20        29.00 NSF FEE-ITEM RETURNED
                   ACH - ALLIANT CU      RETRY PYM
03/24       118.00 ACH DEBIT                032420
                   PAYPAL             INST XFER  *********** EBA
03/30        77.74 ACH DEBIT                032820
                   AES                STDNT LOAN ***********52PA
```

```
    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
04/15      1,373.18 ACH DEBIT                   041520
                    ALLIANT CU       DEP-PYMT  ***********5963
04/17        213.49 ACH DEBIT                   041720
                    USAA.COM PAY INT LIFE       ***********0157
04/28         77.74 ACH DEBIT                   042820
                    AES              STDNT LOAN ***********52PA
04/30          7.00 ACH DEBIT                   043020
                    FLA DEPT REVENUE CUT        ***********7659
```

```
    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
05/15      1,373.18 ACH DEBIT                051520
                    ALLIANT CU       DEP-PYMT   ***********5963
05/19        213.49 ACH DEBIT                051920
                    USAA.COM PAY INT LIFE      ***********0157
```

```
    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
06/15       1,373.18 ACH DEBIT               061520
                     ALLIANT CU      DEP-PYMT  ***********5963
06/16           2.76 ACH DEBIT               061620
                     PAYPAL          INST XFER *********** INC
06/17         213.49 ACH DEBIT               061720
                     USAA.COM PAY INT LIFE    ***********0157
```

```
        OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
04/09        282.29 ACH DEBIT              040920
                    TECO/PEOPLE GAS  UTILITYBIL **********6391
04/10          3.99 DEBIT CARD PURCHASE    041020    5735041020
                    APPLE.COM/BILL          866-712-7753 CA
04/10         11.00 POS DEBIT              041020    5912041020
                    WALGREENS STORE 3890 VAN LUTZ        FL
04/15          8.75 DEBIT CARD PURCHASE    041420    9399041420
                    FLORIDA DEPT OF STATE   850-245-6939 FL
04/16         19.99 DEBIT CARD PURCHASE    041620    5942041620
                    AMZN Mktp US*UN6IN3MX3  AMZN.COM/BILLWA
04/16      1,500.00 USAA FUNDS TRANSFER DB
                    TO Raj Ambay
                    SAVINGS       #9258, CONF# 2517602991
04/16      2,000.00 USAA FUNDS TRANSFER DB
                    TO Raj Ambay
                    CHECKING      #6896, CONF# 2517599965
04/17        200.00 ACH DEBIT              041720
                    SYNCHRONY BANK   ONLINE PMT **********3POS
04/17        357.87 ACH DEBIT              041720
                    USAA.COM PAY INT LIFE     **********1825
04/20         19.99 DEBIT CARD PURCHASE    041720    4814041720
                    RINGCENTRAL, INC        650-4724100  CA
04/20         88.99 DEBIT CARD PURCHASE    041820    4814041820
                    CTS*FRONTIER ONLINEPAY  800-921-8101 CT
04/20        500.00 ACH DEBIT              042020
                    Synchrony Bank   CC PYMT   **********5251
04/21         26.12 DEBIT CARD PURCHASE    042020    5812042020
                    BEST NY PIZZA - KIOSK   TAMPA       FL
04/21         34.97 DEBIT CARD PURCHASE    042020    5942042020
                    AMZN Mktp US*8N64X8S53  AMZN.COM/BILLWA
04/22          0.99 DEBIT CARD PURCHASE    042120    5735042120
                    APPLE.COM/BILL          866-712-7753 CA
04/24        225.00 DEBIT CARD PURCHASE    042420    4816042420
                    DROPBOX*W672484LMNPC    DROPBOX.COM  CA
04/27          6.00 DEBIT CARD PURCHASE    042420    742042420
                    SEVEN OAKS PET HOSPITAL  WESLEY CHAPELFL
04/27         35.13 DEBIT CARD PURCHASE    042620    5462042620
                    SWEET BUN               TAMPA       FL
```

```
        OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
04/27         58.88 DEBIT CARD PURCHASE     042420     5542042420
                    GATE 1220                   WESLEY CHAPELFL
04/27        144.01 DEBIT CARD PURCHASE     042420     742042420
                    SEVEN OAKS PET HOSPITAL  WESLEY CHAPELFL
04/27        403.00 ATM DB NONLOCAL         042620     6011042620
                    CHASE17641 N DALE MABRY HLUTZ        FL
04/28      1,000.00 USAA INSURANCE PAYMENT
04/28        487.26 ACH DEBIT              042820
                    TECO/PEOPLE GAS  UTILITYBIL ***********6391
04/29         37.47 DEBIT CARD PURCHASE     042820     5734042820
                    KAYAKSCUPPERPLUGS.COM    KAYAKSCUPPERPNC
04/30         26.02 DEBIT CARD PURCHASE     042920     5942042920
                    AMAZON.COM*2M12Q5K53 AMZNAMZN.COM/BILLWA
04/30         36.08 DEBIT CARD PURCHASE     042920     5812042920
                    TIJUANA FLATS ONLINE #249407-339-2222 FL
04/30        107.94 DEBIT CARD PURCHASE     042920     5941042920
                    PAYPAL *AUSTINKAYAK      402-935-7733 TX
05/01      1,563.51 ACH DEBIT              050120
                    PORSCHE LEASE    ONLINE PMT ***********3POS
05/04         12.98 DEBIT CARD PURCHASE     050220     5814050220
                    TACO BELL 036132         TAMPA       FL
05/04         17.23 DEBIT CARD PURCHASE     050420     4899050420
                    Netflix.com             NETFLIX.COM  CA
05/04         19.99 DEBIT CARD PURCHASE     050420     5942050420
                    AMZN Mktp US*H67165KS3   AMZN.COM/BILLWA
05/04         23.99 DEBIT CARD PURCHASE     050420     5942050420
                    AMZN Mktp US*4A8EL6TB3   AMZN.COM/BILLWA
05/04         50.07 DEBIT CARD PURCHASE     050320     5812050320
                    PANERA BREAD #203344     813-908-8070 FL
05/05         12.99 DEBIT CARD PURCHASE     050420     5942050420
                    AMZN MKTP US*9N4FD4Q83 AMAMZN.COM/BILLWA
05/05        228.27 ACH DEBIT              050120
                    RESERVE SELECT    TRICARE TR ***********0TRS
05/06        814.40 ACH DEBIT              050520
                    AES              STDNT LOAN ***********452B
05/07          2.99 DEBIT CARD PURCHASE     050620     5818050620
                    AMZNFreeTime*VV6R61EM3   888-802-3080 WA
```



Check:  7020          Amount:2,000.00

Check:  7172          Amount:300.00

Check:  7173          Amount:180.00

Check:  7174          Amount:934.84

Check:  7275          Amount:1,500.00

Check:  7276          Amount:818.00

Check:  7278          Amount:405.00

Check:  997656        Amount:110.00

Check:  997659        Amount:200.00

Check:  997661        Amount:300.00

```
      CHECKS
      DATE..CHECK NO..........AMOUNT     DATE..CHECK NO..........AMOUNT
      06/01    7176        2,154.83      05/18   997663          110.00
      06/04    7177           99.00      05/20   997664          200.00
      05/18    7280*         465.00      05/19   997668*         385.00
      05/08   997662*        300.00
```

```
      OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
05/11        3.99 DEBIT CARD PURCHASE    051020    5735051020
                  APPLE.COM/BILL            866-712-7753 CA
05/11        4.50 DEBIT CARD PURCHASE    051120    5818051120
                  Prime Video*MC5WA5BR1   888-802-3080 WA
05/11       30.70 DEBIT CARD PURCHASE    051020    5812051020
                  THAI CHILI PEPPER-LUTZ   LUTZ        FL
05/11       42.79 DEBIT CARD PURCHASE    051120    5812051020
                  KEKES BREAKFAST CAFE - LUHTTP://WWW.KEFL
05/12       48.33 DEBIT CARD PURCHASE    051120    5331051120
                  PAYPAL *JAMESBEANES EBA  402-935-7733 CA
05/13       17.60 DEBIT CARD PURCHASE    051320    8071051320
                  QDI*QUEST DIAGNOSTICS    800-488-8890 PA
05/13       26.00 DEBIT CARD PURCHASE    051120    8011051120
                  FL HOSP PHYSICIAN GROUP  866-7513326  FL
05/13       40.02 DEBIT CARD PURCHASE    051320    8071051320
                  QDI*QUEST DIAGNOSTICS    800-488-8890 PA
05/13       47.90 DEBIT CARD PURCHASE    051320    5542051320
                  GATE 1220                WESLEY CHAPELFL
05/13      150.71 DEBIT CARD PURCHASE    051320    8071051320
                  QDI*QUEST DIAGNOSTICS    800-488-8890 PA
05/13      141.32 ACH DEBIT               051320
                  PORSCHE LEASE    ONLINE PMT **********3POS
05/14       25.99 DEBIT CARD PURCHASE    051320    8244051320
                  PAYPAL *EBAY ORDER EBAY  402-935-7733 CA
05/14       29.99 DEBIT CARD PURCHASE    051320    5942051320
                  AMZN MKTP US*MC9421HW2 AMAMZN.COM/BILLWA
05/18        4.31 DEBIT CARD PURCHASE    051720    5942051720
                  AMAZON.COM*MC1UK2U72 AMZNAMZN.COM/BILLWA
05/18       10.87 POS DEBIT               051620    5200051620
                  LOWE'S #2238             LUTZ        FL
05/18       19.99 DEBIT CARD PURCHASE    051720    4814051720
                  RINGCENTRAL, INC         650-4724100  CA
05/18       20.59 DEBIT CARD PURCHASE    051620    5942051620
                  AMZN Mktp US*MC17I97D2   AMZN.COM/BILLWA
05/18       24.41 DEBIT CARD PURCHASE    051520    5691051520
                  SP * EARTH PAK           HTTPSEARTHPAKCA
05/18       44.88 DEBIT CARD PURCHASE    051820    5812051820
                  FOOD AT BEST NY PIZZA    8139637600   KS
```

```
      OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
05/18        78.11 DEBIT CARD PURCHASE     051520    5691051520
                   SP * EARTH PAK          HTTPSEARTHPAKCA
05/18        79.90 DEBIT CARD PURCHASE     051520    5999051520
                   PAYPAL *746220128 EBAY 74402-935-7733 CA
05/18        88.99 DEBIT CARD PURCHASE     051720    4814051720
                   CTS*FRONTIER ONLINEPAY  800-921-8101 CT
05/18        97.13 POS DEBIT               051620    5200051620
                   THE HOME DEPOT #0245     TAMPA        FL
05/18        99.00 DEBIT CARD PURCHASE     051820    5511051820
                   Tesla                   188-85183752 CA
05/18       140.00 DEBIT CARD PURCHASE     051520    5311051520
                   PAYPAL *EBAY EBAY.COM   402-935-7733 CA
05/18       200.00 ACH DEBIT               051820
                   SYNCHRONY BANK   ONLINE PMT ***********3POS
05/19        47.50 DEBIT CARD PURCHASE     051820    7216051820
                   MCNATTS CLEANERS        813-2378861  FL
05/19       175.00 DEBIT CARD PURCHASE     051820    5999051820
                   CENTRAL VACUUM STORES INC727-526-5188 FL
05/19       547.17 DEBIT CARD PURCHASE     051820    5311051820
                   PAYPAL *EBAY EBAY.COM   408-376-3239 CA
05/19       357.87 ACH DEBIT               051920
                   USAA.COM PAY INT LIFE   ***********1825
05/20        10.27 ACH DEBIT               052020
                   HARLAND CLARKE   CHK ORDER ***********8600
05/21        81.20 DEBIT CARD PURCHASE     052020    5310052020
                   PAYPAL *FORTUNEHARD EBA  402-935-7733 CA
05/22         0.99 DEBIT CARD PURCHASE     052120    5735052120
                   APPLE.COM/BILL          866-712-7753 CA
05/26         2.08 DEBIT CARD PURCHASE     052420    5942052420
                   AMZN Mktp US*M72UC65X0   AMZN.COM/BILLWA
05/26        10.48 DEBIT CARD PURCHASE     052520    5411052520
                   PUBLIX #834             LUTZ         FL
05/26        29.58 DEBIT CARD PURCHASE     052520    5942052520
                   AMZN Mktp US*M70J80SN1   AMZN.COM/BILLWA
05/26        41.13 DEBIT CARD PURCHASE     052220    5812052220
                   SARIONE RESTAURANT      TAMPA        FL
05/26        43.75 POS DEBIT               052520    5411052520
                   PUBLIX SUPER MAR 16560 NOLUTZ        FL
```

```
          OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
05/26           66.02 DEBIT CARD PURCHASE    052520    5812052520
                      KWALITY FUSION            TAMPA         FL
05/26           86.97 DEBIT CARD PURCHASE    052320    6300052320
                      UNITED CONCORDIA COMPANI 717-260-7847 PA
05/26          225.00 DEBIT CARD PURCHASE    052420    4816052420
                      DROPBOX*GQSQ2D4GRYV7      DROPBOX.COM  CA
05/27           26.60 DEBIT CARD PURCHASE    052620    7216052620
                      MCNATTS CLEANERS         813-2378861  FL
05/27           69.98 DEBIT CARD PURCHASE    052720    5942052720
                      AMZN Mktp US*M77UA65M2   AMZN.COM/BILLWA
05/28           23.90 DEBIT CARD PURCHASE    052720    5942052720
                      AMAZON.COM*M773D1K90 AMZNAMZN.COM/BILLWA
05/28          100.00 DEBIT CARD PURCHASE    052720    5732052720
                      CTRL4 4SIGHT LIC (REC)   HTTPSWWW.CONTUT
05/28        2,000.00 USAA FUNDS TRANSFER DB
                      TO Raj Ambay
                      SAVINGS      #9258, CONF# 2578166995
05/29          736.21 USAA DEBIT
                      Zelle: Josephine Hill        2579360743
06/01           19.91 DEBIT CARD PURCHASE    053020    5812053020
                      BEST NY PIZZA - KIOSK    TAMPA         FL
06/01           22.98 DEBIT CARD PURCHASE    053120    5942053120
                      AMZN Mktp US*MY8MB4O20   AMZN.COM/BILLWA
06/01           58.44 POS DEBIT              053120    5542053120
                      WAWA 5334                ODESSA        FL
06/01           84.33 DEBIT CARD PURCHASE    053120    5942053120
                      Amazon.com*MY70J13P1     AMZN.COM/BILLWA
06/01        1,563.51 ACH DEBIT              060120
                      PORSCHE LEASE   ONLINE PMT ***********3POS
06/02           26.17 DEBIT CARD PURCHASE    060120    5499060120
                      TRADE COFFEE CO          DRINKTRADE.CONY
06/02           26.60 DEBIT CARD PURCHASE    060120    7216060120
                      MCNATT'S CLEANERS 0      TAMPA         FL
06/02          579.88 ACH DEBIT              060220
                      TECO/PEOPLE GAS  UTILITYBIL ***********6391
06/03          150.11 DEBIT CARD PURCHASE    060220    5942060220
                      AMAZON.COM*MY9EW1NY0 AMZNAMZN.COM/BILLWA
```

```
     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/04          17.23 DEBIT CARD PURCHASE     060420    4899060420
                     Netflix.com              NETFLIX.COM  CA
06/04         228.27 ACH DEBIT               060120
                     RESERVE SELECT   TRICARE TR **********0TRS
06/08           2.99 DEBIT CARD PURCHASE     060620    5735060620
                     AMZNFreeTime*MY0JK7TT2  888-802-3080 WA
06/08           6.79 DEBIT CARD PURCHASE     060720    5411060720
                     PUBLIX #524              LUTZ        FL
06/08          15.08 DEBIT CARD PURCHASE     060520    5812060520
                     UMAMI SUSHI LLC          LUTZ        FL
06/08          35.24 DEBIT CARD PURCHASE     060620    5812060620
                     KWALITY FUSION           TAMPA       FL
06/08          43.49 DEBIT CARD PURCHASE     060720    5812060720
                     BEST NY PIZZA - KIOSK    TAMPA       FL
06/08         122.92 DEBIT CARD PURCHASE     060720    5621060720
                     WWW.ROMWE.COM            CALIFORNIA  CA
06/08       2,000.00 USAA FUNDS TRANSFER DB
                     TO Raj Ambay
                     CHECKING      #6896, CONF# 2593891847
```



Check:    7176                    Amount:2,154.83





Check:    7177                    Amount:99.00



Check:    7280                    Amount:465.00



Check:    997662                  Amount:300.00



Check:    997663                  Amount:110.00



Check:    997664                  Amount:200.00



Check:    997668                  Amount:385.00

```
    CHECKS
DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
06/18  997671           200.00


    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/09        115.56 DEBIT CARD PURCHASE     060920    5941060920
                    CAMPWORLD/GANDER/OVERT  844-635-7285 KY
06/09        604.00 ATM DB NONLOCAL         060920    6011060920
                    RegionsWEST WATERS AVENUETAMPA       FL
06/09      1,373.18 ACH DEBIT               060920
                    ALLIANT CU       TEL-PYMT  ***********9631
06/09      8,000.00 ACH DEBIT               060920
                    BANK OF AMERICA  ONLINE PMT ***********3POS
06/10          3.99 DEBIT CARD PURCHASE     061020    5735061020
                    APPLE.COM/BILL          866-712-7753 CA
06/10        125.08 DEBIT CARD PURCHASE     061020    5999061020
                    BRANDY MELVILLE USA     310-458-3925 NJ
06/12        674.67 USAA DEBIT
                    Zelle: Josephine Hill           2601763847
06/15         25.25 DEBIT CARD PURCHASE     061420    5712061420
                    PAYPAL *PURPLE LEAF     13675187727
06/16         25.00 DEBIT CARD PURCHASE     061520    5499061520
                    TRADE COFFEE CO         DRINKTRADE.CONY
06/17         56.14 DEBIT CARD PURCHASE     061620    5942061620
                    Amazon.com*MS1W45TW1    AMZN.COM/BILLWA
06/17         88.99 DEBIT CARD PURCHASE     061620    4814061620
                    CTS*FRONTIER ONLINEPAY  800-921-8101 CT
06/17        270.00 USAA DEBIT
                    Zelle: Svet  Bobev              2609534893
06/17        357.87 ACH DEBIT               061720
                    USAA.COM PAY INT LIFE       ***********1825
06/18         22.55 DEBIT CARD PURCHASE     061720    4814061720
                    RINGCENTRAL, INC        650-4724100  CA
06/18        200.00 ACH DEBIT               061820
                    SYNCHRONY BANK   ONLINE PMT ***********3POS
06/22          0.99 DEBIT CARD PURCHASE     062120    5735062120
                    APPLE.COM/BILL          866-712-7753 CA
06/22         13.27 DEBIT CARD PURCHASE     062120    5814062120
                    SQ *SWEETEA CAFE        LUTZ        FL
```

105846-0814_06
BMFR1A

```
       OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/22        49.31 DEBIT CARD PURCHASE     062120    5542062120
                   GATE 1220                  WESLEY CHAPELFL
06/22        54.54 DEBIT CARD PURCHASE     062120    5942062120
                   AMAZON.COM*MS5L458V1 AMZNAMZN.COM/BILLWA
06/22       315.00 USAA DEBIT
                   Zelle: Ozra Jabbari           2614490397
06/22       500.00 DEBIT CARD PURCHASE     062020    5571062020
                   RIVA MOTORSPORTS - KEY   KEY LARGO     FL
06/23        49.28 DEBIT CARD PURCHASE     062120    5812062120
                   AL-SHAM PALACE            TAMPA        FL
06/24        86.97 DEBIT CARD PURCHASE     062320    6300062320
                   UNITED CONCORDIA COMPANI 717-260-7847 PA
06/24       225.00 DEBIT CARD PURCHASE     062420    4816062420
                   DROPBOX*HTHD1BKFSYBM   DROPBOX.COM  CA
06/25        22.00 DEBIT CARD PURCHASE     062420    7997062420
                   ABC*ADVENTHEALTH CTR    888-8279262  FL
06/25        84.03 DEBIT CARD PURCHASE     062420    5812062420
                   YUMMY HOUSE CHINA BISTRO TAMPA        FL
06/25       137.82 DEBIT CARD PURCHASE     062420    7699062420
                   THE BEANZ MAN           941-914-2226 FL
06/25       464.49 DEBIT CARD PURCHASE     062420    5511062420
                   REEVES IM PORSCHE MOTO   813-739-5013 FL
06/26       615.38 USAA DEBIT
                   Zelle: Josephine Hill         2621460739
06/26       876.00 DEBIT CARD PURCHASE     062520    5712062520
                   PAYPAL *COLORFULHOM     402-935-7733 CA
06/26     2,115.00 ACH DEBIT               062620
                   Synchrony Bank   CC PYMT   ***********5251
06/29         2.91 POS DEBIT               062920    5542062920
                   WAWA STORE 5154          TAMPA        FL
06/29       191.81 DEBIT CARD PURCHASE     062520    5261062520
                   PAYPAL *CARGOLARGO EBAY  402-935-7733 CA
06/29     1,629.91 DEBIT CARD PURCHASE     062720    5931062720
                   PAYPAL *SUE VEHLOW EBAY  402-935-7733 CA
06/30       104.25 DEBIT CARD PURCHASE     062920    8011062920
                   WESLEY CHAPEL INTERNAL MEWESLEY CHAPELFL
06/30       711.25 ACH DEBIT               063020
                   TECO/PEOPLE GAS  UTILITYBIL ***********6391
```

```
     OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
07/01         8.75 DEBIT CARD PURCHASE   063020   9399063020
                   FLORIDA DEPT OF STATE   850-245-6939 FL
07/01     1,563.51 ACH DEBIT              070120
                   PORSCHE LEASE    ONLINE PMT **********3POS
07/01     2,587.39 ACH DEBIT              070120
                   SMART LLC       SMART LLC **********3776
07/01     5,000.00 ACH DEBIT              070120
                   BANK OF AMERICA  ONLINE PMT **********3POS
07/02        44.00 DEBIT CARD PURCHASE   070120   7997070120
                   ABC*ADVENTHEALTH CTR   888-8279262  FL
07/02       228.27 ACH DEBIT              070120
                   RESERVE SELECT   TRICARE TR **********0TRS
07/03        82.66 DEBIT CARD PURCHASE   070220   5691070220
                   GULFSHORE * BERKELEY S  HTTPSWWW.ORDEFL
07/03       394.45 DEBIT CARD PURCHASE   070220   5511070220
                   REEVES IM PORSCHE ECOM  813-739-5013 FL
07/06         6.76 DEBIT CARD PURCHASE   070520   5818070520
                   Prime Video*MJ3T55TN0   888-802-3080 WA
07/06        17.23 DEBIT CARD PURCHASE   070420   4899070420
                   Netflix.com          NETFLIX.COM  CA
07/06        21.82 DEBIT CARD PURCHASE   070420   5942070420
                   AMZN Mktp US*MJ78T7J00  AMZN.COM/BILLWA
07/06        24.00 DEBIT CARD PURCHASE   070420   8299070420
                   CRICKETDEBTCOUNSELING   503-353-0400 OR
07/06        24.90 DEBIT CARD PURCHASE   070420   5942070420
                   AMZN Mktp US*MJ5YS8X41  AMZN.COM/BILLWA
07/06        38.16 DEBIT CARD PURCHASE   070420   5941070420
                   PAYPAL *HOUSEOFSCUB EBA  402-935-7733 CA
07/06        44.49 DEBIT CARD PURCHASE   070320   5732070320
                   PAYPAL *GADGETMOUNT EBA  402-935-7733 CA
07/07         2.99 DEBIT CARD PURCHASE   070620   5818070620
                   AMZNFreeTime*MJ6XL6TW2  888-802-3080 WA
07/07        13.99 DEBIT CARD PURCHASE   070620   5942070620
                   AMZN Mktp US*MJ91X2B81  AMZN.COM/BILLWA
07/07        17.89 DEBIT CARD PURCHASE   070620   5942070620
                   AMZN MKTP US*MJ5377BK1 AMAMZN.COM/BILLWA

     FOREIGN TRANSACTION FEES INCURRED THIS CYCLE        0.25
```



Check:    7148                    Amount:1,080.00



Check:    7175                    Amount:345.00



Check:    997667                  Amount:300.00



Check:    997670                  Amount:110.00



Check:    997671                  Amount:200.00

```
       OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
03/17           20.23 OD ADVANCE TSFR OUT
                      OVERDRAFT PROTECTION TO 0030056896
03/20           29.00 OD ADVANCE TSFR OUT
                      OVERDRAFT PROTECTION TO 0030056896
03/24          118.00 OD ADVANCE TSFR OUT
                      OVERDRAFT PROTECTION TO 0030056896
03/24        1,338.98 OD ADVANCE TSFR OUT
                      OVERDRAFT PROTECTION TO 0011629231
04/15          900.92 OD ADVANCE TSFR OUT
                      OVERDRAFT PROTECTION TO 0030056896
03/30          550.00 USAA FUNDS TRANSFER DB
                      TO Raj Ambay
                      CHECKING    #6896, CONF# 2488785251
03/30        3,000.00 USAA FUNDS TRANSFER DB
                      TO Raj Ambay
                      CHECKING    #9231, CONF# 2488784361
04/15           10.00 EXCESSIVE TRAN FEE
```

```
     OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
04/27          315.00 USAA DEBIT
                      Zelle: Ozra Jabbari              2532433647
05/11          450.00 USAA DEBIT
                      Zelle: Ozra Jabbari              2554841217
05/15          723.03 USAA DEBIT
                      Zelle: Josephine Hill            2560173647
```

```
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
07/15          847.50 OD ADVANCE TSFR OUT
                      OVERDRAFT PROTECTION TO 0030056896
```

Debtor 1    **Raj S. Ambay**                                    Case number (if known)    **8:20-bk-5283-CED**

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Family Members** | **None other than the normal birthday and holilday gifts** | | **Unknown** |

Person's relationship to you:

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Goodwill Industries** | **Furniture, clothing and household items** | **2018** | **$3,615.00** |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    **Raj S. Ambay**                                          Case number (*if known*)    **8:20-bk-5283-CED**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Stichter, Riedel, Blain & Postler, P.A.**<br>**110 E. Madison St., Suite 200**<br>**Tampa, FL 33602**<br>**epeterson@srbp.com** | **Attorney Fees** | **$5,000.00**<br>**11.26.19 -**<br>**Ambay Plastic**<br>**Surgery, P.A.**<br>**$5,000.00**<br>**11.26.19 -**<br>**Ambay Plastic**<br>**Surgery, P.A.**<br>**$12,317.00**<br>**7.7.2020 -**<br>**Silver Rain,**<br>**LLC** | **$22,317.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Live Oak Bank** | **Tax refund of $66,000 paid on mortgage of company building** | | **2018** |
| **Live Oak Bank** | **$55,000 of sale proceeds from home paid on mortgage of company building** | | **End of 2018** |
| **John and Michele Towson** | **Sold former home in December 2018 and used proceeds to buy current home** | | **August 23, 2019** |
| **Online** | **Sold Cartier watch** | **$2,500** | **approximately March 2020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1    **Raj S. Ambay** | Case number *(if known)*    **8:20-bk-5283-CED** |
|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Raj S. Ambay** | Case number *(if known)* | **8:20-bk-5283-CED** |
|---|---|---|---|

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25.** **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** **Give Details About Your Business or Connections to Any Business**

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Breast Reconstruction Specialists, PLLC** | | EIN: **None**<br>From-To **April 8, 2016 - September 22, 2017** |
| **Advanced Breast Reconstruction Specialists, PLLC** | | EIN: **None**<br>From-To **August 10, 2015 to April 4, 2016** |
| **Suncoast Breast Restoration, PLLC** | | EIN: **81-4308564**<br>From-To **November 3, 2016 to Present** |
| **Ambay Plastic Surgery, P.A.** | | EIN: **46-1915796**<br>From-To **January 31, 2013 to Present** |
| **Silver Rain, LLC** | | EIN: **47-2545828**<br>From-To **November 7, 2014 to Present** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Raj S. Ambay**                    Case number *(if known)*   **8:20-bk-5283-CED**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Transformations Surgery Center, LLC** | | EIN:   **47-2479603**<br><br>From-To   **December 1, 2014 to Present** |
| **Nine Line Medical, Inc.** | | EIN:   **47-4406822**<br><br>From-To   **June 29, 2015 to Present** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

   ☑ No
   ☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Debtor 1    **Raj S. Ambay**                                                      Case number *(if known)*    **8:20-bk-5283-CED**

---

**Part 12:**    Sign Below

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
**Raj S. Ambay**                                                            **Signature of Debtor 2**
**Signature of Debtor 1**

Date _____7/21/2020_____          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

## Notice Required by 11 U.S.C. § 342(b) for
## Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|  | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|  | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|  | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|  | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border:1px solid #000; background:#e0e0e0;">

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.