UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: RAJ S. AMBAY

Case No.: 8:20-bk-05283-CED
Chapter 11
Subchapter V

_____/

## LITHIA OAKS PROPERTIES, LLC'S OBJECTION TO THE DEBTOR'S AMENDED CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION DATED OCTOBER 12, 2020

Lithia Oaks Properties, LLC ("Creditor" or "Lithia") by and through its undersigned counsel, hereby files its Objection to the Confirmation of Debtor's Amended Chapter 11, Subchapter V Reorganization Plan ("Objection"), and as grounds for its objections the Creditor states:

1. Lithia holds an unsecured claim against the Debtor by virtue of the Debtor's guaranty of debt for Ambay Plastic Surgery, P.A. in connection with a commercial lease with the Creditor.

2. The guaranty is continuing, absolute and unconditional guaranty of payment and performance.

3. Based upon the guaranty, the Creditor filed an unsecured proof of claim in this case in the amount of $615,398. No objection has been filed.

4. The Creditor objects to the Debtor's Confirmation Plan because it fails to take into account amounts of the Claim not capped by section 502(2)(b).

5. Section 502(2)(6) does not cap damages unrelated to the termination of the lease; in this case damages in connection with the Ambay Plastic Surgery, P.A.'s failure to complete a medical office on the premises and to pay damages to the Creditor in the amount of $317,360 in

1

connection the Creditor's demolition of a partly build medical office and the remodel of the space to make it rentable. See <u>In re Andover Togs, Inc.</u>, 231 B.R. 521 (S.D.N.Y. 1999) (Commercial landlord acted reasonably in completely gutting the floor used by Chapter 11 debtor-tenant in its garment manufacturing business rather than trying to find successor tenant that could have made use of this space as it was configured for debtor's business, so that demolition cost was properly included as component of landlord's lease rejection claim). <u>In re Bob's Sea Ray Boats, Inc.</u>, 143 B.R. 229, 231 (Bankr.D.N.D.1992) (court stated that § 502(b)(6) "only includes damages anticipated to result from a tenant's failure to fill out the lease term. It does not address damages wholly collateral to the termination event.")

**WHEREFORE**, the Creditor respectfully requests that this Court issue an order denying the Debtor's amended confirmation plan filed October 12, 2020.

Dated: November 4, 2020

Respectfully submitted:

**RORY B. WEINER, P.A.**
Lumsden Executive Park
635 West Lumsden Road
Brandon, Florida 33511-5911
Telephone:   (813) 681-3300
Facsimile:    (813) 681-3391
Email: rweiner@roryweiner.com
2d Email: jwallace@roryweiner.com

/s/Rory B. Weiner, Esq.
Florida Bar No. 252300
Counsel for Lithia Oaks Properties, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing *OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION DATED*

2

*NOVEMBER 4, 2020*, was electronically filed with the U.S. Bankruptcy Court on November 4, 2020; that copies were provided via CM/ECF to registered users participating in this case; and that true and correct copies were sent via first class U.S. Mail, postage prepaid, to the addresses below on this 4th day of November, 2020:

Raj S. Ambay
3625 Little Rd.
Lutz, FL 33548
*Debtor*

Sticher, Riedel, Blain & Postler, P.A.
Edward J. Peterson, Esq.
110 E. Madison Street, Suite 200
Tampa, FL 33602
*Attorney for Debtor*

Ruediger Mueller
1112 Watson Ct.
Reunion, FL 34747
*Trustee*

Nicole Peair, Esq.
Office of the US Trustee
Timberlake Annex
501 E. Polk St., Ste. 1200
Tampa, FL 33602
*U.S. Trustee*

By: /s/ Rory B. Weiner, Esq.
Florida Bar No. 252300
Attorney for Creditor Lithia Oaks Properties, LLC